No. 86–1357. UNITED STATES DEPARTMENT OF JUSTICE ET AL. v. JULIAN ET AL. C. A. 9th Cir. [Certiorari granted, 482 U. S. 926.] Motion of respondent Margaret J. Wallace for leave to proceed further herein in forma pauperis granted.

No. 86–1552. DEPARTMENT OF THE NAVY v. EGAN. C. A. Fed. Cir. [Certiorari granted, 481 U. S. 1068.] Motion of Ralph B. Bogdanowicz for leave to participate in oral argument as amicus curiae, for divided argument, and for additional time for oral argument denied.

No. 86–1715. FEDERAL LABOR RELATIONS AUTHORITY v. ABERDEEN PROVING GROUND, DEPARTMENT OF THE ARMY. C. A. 4th Cir. [Certiorari granted, ante, p. 813.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 86–1753. DOE v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, ante, p. 813.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 86–1781. SCHWEIKER ET AL. v. CHILICKY ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 814.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–6124. BENNETT v. ARKANSAS. Sup. Ct. Ark. [Certiorari granted, ante, p. 895.] Motion for appointment of counsel granted, and it is ordered that Thomas M. Carpenter, Esq., of Little Rock, Ark., be appointed to serve as counsel for petitioner in this case.